Scott Oborne, OSB #062333
scott.oborne@jacksonlewis.com
Anthony Copple, OSB #163651
anthony.copple@jacksonlewis.com
JACKSON LEWIS P.C.
200 SW Market St., Ste. 540
Portland, Oregon 97201
Telephone: (503) 229-0404
Facsimile: (503) 229-0405
Attorneys for Defendants THEMARYSUE, LLC,
Gamurs, Inc., Andrew Eisbrouch, Dan Van Winkle
and Kaila Hale-Stern

IN THE UNITED STATES DISTRICT COURT

FOR THE ~~DISTRICT OF OREGON~~ Southern District of New York

~~PORTLAND DIVISION~~

| | |
|---|---|
| JESSICA MASON,<br><br>    Plaintiff,<br><br>vs.<br><br>THEMARYSUE, LLC, a Delaware limited liability corporation, GAMURS, INC., a Delaware business corporation, TRINET HR III, INC., a California business corporation, ANDREW EISBROUCH, individually, DAN VAN WINKLE, individually, and KAILA HALE-STERN, individually,<br><br>    Defendants. | Case No.: ~~3:22-cv-00766-YY~~<br>22 cv 7341 (JGK)<br><br>**JOINT STATUS REPORT** |

Plaintiff Jessica Mason ("Plaintiff") and Defendants TheMarySue, LLC ("TMS") Gamurs, Inc. ("Gamurs"), Andrew Eisbrouch, Dan Van Winkle, and Kaila Hale-Stern ("TMS Defendants"), by and through their undersigned counsel, respectfully submit the following Rule 26(f) Report and Joint Proposed Case Schedule.

1. **Proposed Case Schedule and Deadlines:**

The Parties jointly propose the following case schedule and deadlines:

| Event | Current | Proposed Date |
|---|---|---|
| Fact discovery to be completed | 9/23/2022 | 10/31/2022 |
| File all pleadings pursuant to Fed. R. Civ. P. 7(a) and 15 | 9/23/2022 | 10/31/2022 |
| Join all claims, remedies, and parties pursuant to Fed. R. Civ. P. 18 and 19 | 9/23/2022 | 10/31/2022 |
| Pretrial and discovery motions due | 9/23/2022 | 10/31/2022 |
| Dispositive motions due | 9/23/2022 | 12/01/2022 |
| Joint ADR report due | 10/23/2022 | 10/23/2022 |
| Expert Discovery | 9/23/2022 | 10/31/2022 |
| Pretrial Order due | N/A | N/A |

2. **Other Items:**

   a. Alternative Dispute Resolution: The parties have not held settlement discussions, but discussed participating in alternative dispute resolution. Plaintiff believes ADR will assist in the resolution of this case. Defendants are not interested in settlement or ADR and are intent on fully defending themselves in this matter.

   b. Consent to a Magistrate: The parties have discussed consenting to a magistrate. Plaintiff has shared her position with Defendants regarding

consent to a Magistrate Judge. Defendants do not yet have a position with respect to a Magistrate Judge.

c. E-Discovery: The parties have discussed electronic discovery.

DATED: July 21, 2022.

JACKSON LEWIS P.C.

By: s/ Anthony Copple
Scott Oborne, OSB #062333
scott.oborne@jacksonlewis.com
Anthony Copple, OSB #163651
anthony.copple@jacksonlewis.com
Attorneys for Defendants THEMARYSUE, LLC, Gamurs, Inc., Andrew Eisbrouch, Dan Van Winkle and Kaila Hale-Stern

*Joint Pre-Trial Order due 21 days after decision of any dispositive motions. Ready-Trial, 48 hours notice, 21 days after submission of the Joint Pre-Trial Order.*

*So ordered.*

*JGKoeltz*
*U.S.D.J.*
*9/21/22*