UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA MASON,

        Plaintiff,

- against -

THEMARYSUE, LLC, ET AL.,

        Defendants.

22-cv-7341 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

A telephone conference is scheduled for **Thursday, October 6, 2022** at **3:00 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.
Dated:    New York, New York
            September 21, 2022

                                  John G. Koeltl
                         United States District Judge