UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSICA MASON,

                Plaintiff,

- against -

THEMARYSUE, LLC, ET AL.,

                Defendants.

22-cv-7341(JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    All discovery in this action shall be completed by December 30, 2022. Dispositive motions are due on January 20, 2023. The joint pretrial order is due on February 10, 2023, or 21 days after decision on any dispositive motion. The parties shall be ready for trial on 48-hours notice, as of February 24, 2023, or 14 days after the submission of the joint pretrial order.

SO ORDERED.

Dated:    New York, New York
           October 6, 2022

                                          John G. Koeltl
                                       United States District Judge